| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mendez, John A. | District Court, Eastern District of California | 03/20/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge Active | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008<br>to<br>12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court, E.D. California<br>501 I Street, 14th Floor<br>Sacramento, CA 95814 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee/Conservator | Trust #1(no assets) |
| 2. Trustee | Estate #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAR 26 A 11:15 FINANCIAL DISCLOSURE OFFICE

Mendez_John_A

| Name of Person Reporting | Date of Report |
| --- | --- |
| Mendez, John A. | 03/20/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2008 | State of California, Sacramento County Superior Court Judge | $39,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2008 | Sacramento County Department of Health and Human Services-salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mendez, John A. | 03/20/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mendez, John A. | 03/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FINANCIAL MANAGEMENT/BROKERAGE ACCOUNT SMITH BARNEY | | | | | | | | | |
| 2. -Cash/Money Market Fund, Smith Barney | D | Interest | K | T | | | | | |
| 3. -Alcoa common stock | A | Dividend | J | T | | | | | |
| 4. Countrywide mortgage and asset backed securities | B | Interest | J | T | | | | | |
| 5. -Legg Mason Partners Mutual Funds | A | Int./Div. | K | T | | | | | |
| 6. General Motors Acceptance Corp. corporate bond | A | Interest | K | T | | | | | |
| 7. Federal Home Loan Mtg. Corp gov't bond | A | Interest | | | Sold | 12/31 | K | A | |
| 8. Federal Home Loan Mtg. Medium Term Notes gov't bond | A | Interest | | | Sold | 1/14 | K | A | |
| 9. TRAK Smith Barney Mutual Funds | B | Dividend | K | T | | | | | |
| 10. | | | | | | | | | |
| 11. IRA #1 | | | | | | | | | |
| 12. -Cash, Smith Barney | D | Interest | O | T | | | | | |
| 13. -Alcoa common stock | | | | | Sold | 3/4 | J | B | |
| 14. Abbott Laboratories common stock | | None | | | Sold | 3/4 | J | B | |
| 15. Anheuser Busch Companies common stock | | None | | | Sold | 3/4 | J | A | |
| 16. Bank of America common stock | | None | | | Sold | 3/4 | J | A | |
| 17. Baxter Intl Inc. common stock | | None | | | Sold | 3/4 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mendez, John A. | 03/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron Corp. common stock | | None | | | Sold | 3/4 | J | C | |
| 19. Chubb Corp. common stock | | None | | | Sold | 3/4 | J | C | |
| 20. Dover Corp common stock | | None | | | Buy (add'l) | 1/10 | J | | |
| 21. | | | | | Sold | 3/4 | J | A | |
| 22. Dow Chemical Co. common stock | | None | | | Sold | 3/4 | J | A | |
| 23. El Dupont de Nemours & Co. common stock | | None | | | Sold | 3/4 | J | A | |
| 24. Emerson Electric Co. common stock | | None | | | Sold | 3/4 | J | C | |
| 25. Exxon Mobil Corp. common stock | | None | | | Sold | 3/4 | J | C | |
| 26. GAP Inc. common stock | | None | | | Sold | 3/4 | J | A | |
| 27. General Electric common stock | | None | | | Sold | 3/4 | J | A | |
| 28. Glaxosmith Kline PLC common stock | | None | | | Sold | 3/4 | J | A | |
| 29. Honeywell Intl Inc. common stock | | None | | | Sold | 3/4 | J | C | |
| 30. Hubbell Inc Class B common stock | | None | | | Sold | 3/4 | J | A | |
| 31. JP Morgan Chase & Co. common stock | | None | | | Sold | 3/4 | J | A | |
| 32. Johnson & Johnson common stock | | None | | | Sold | 3/4 | J | A | |
| 33. Kimberly Clark Corp common stock | | None | | | Sold | 3/4 | J | B | |
| 34. Kraft Foods Inc Class A common stock | | None | | | Buy (add'l) | 1/25 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mendez, John A. | 03/20/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 3/4 | J | A | |
| 36. Leggett & Platt Inc. common stock | | None | | | Sold | 3/4 | J | A | |
| 37. Linear Technology Corp. common stock | | None | | | Sold | 3/4 | J | A | |
| 38. Microsoft Corp. common stock | | None | | | Sold | 3/4 | J | A | |
| 39. Motorola Inc DE common stock | | None | | | Buy (add'l) | 1/10 | J | | |
| 40. | | | | | Sold | 3/4 | J | A | |
| 41. News Corp Class B New common stock | | None | | | Sold | 3/4 | J | A | |
| 42. Novartis common stock | | None | | | Buy (add'l) | 2/20 | J | | |
| 43. | | | | | Sold | 3/4 | J | A | |
| 44. Pfizer Inc common stock | | None | | | Sold | 3/4 | J | A | |
| 45. Taiwan Semiconductor Mfg. Co. common stock | | None | | | Sold | 3/4 | J | A | |
| 46. Unilever PLC common stock | | None | | | Sold | 3/4 | J | A | |
| 47. Verizon Communications common stock | | None | | | Sold | 3/4 | J | A | |
| 48. Vodafone Group PLC common stock | | None | | | Sold | 3/4 | J | B | |
| 49. Wachovia Corp. common stock | | None | | | Sold | 3/4 | J | A | |
| 50. Weyerhaeuser Co. common stock | | None | | | Sold | 3/4 | J | A | |
| 51. Wyeth common stock | | None | | | Sold | 3/4 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mendez, John A. | 03/20/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. US Treasury Notes Series D government bonds | | None | | | Sold | 1/25 | K | A | |
| 53. US Treasury Notes Series L government bonds | | None | | | Sold | 3/4 | K | A | |
| 54. Federal National Mtg Assoc. Global Debs BK/entry govt bond | | None | | | Sold | 3/4 | J | A | |
| 55. Federal Home Loan Mtg Corp Global Deb BK/Entry gov't bonds | | None | | | Sold | 3/4 | K | B | |
| 56. US Treasury Notes Series K-2008 gov't bonds | | None | | | Buy | 1/25 | K | | |
| 57. US Treasury Notes Series K-2008 gov't bonds | | None | | | Sold | 3/4 | K | A | |
| 58. BP PLC Spons ADR common stock | | None | | | Buy | 2/8 | J | | |
| 59. BP PLC Spons ADR common stock | | None | | | Sold | 3/4 | J | A | |
| 60. Annaly Capital Management Inc. common stock | | None | | | Buy | 1/24 | J | | |
| 61. Annaly Capital Management Inc. common stock | | None | | | Buy (add'l) | 2/1 | J | | |
| 62. Annaly Capital Management Inc. common stock | | None | | | Sold | 3/4 | J | A | |
| 63. LaSalle Hotel PPTYS SBI common stock | | None | | | Buy | 1/18 | J | | |
| 64. La Salle Hotel PPTYS SBI common stock | | None | | | Sold | 3/4 | J | A | |
| 65. Microchip Technology Inc common stock | | None | | | Sold | 3/4 | J | A | |
| 66. Federal Home Loan Mtg Corp BK/Entry gov't bonds | | None | | | Sold | 3/4 | J | A | |
| 67. | | | | | | | | | |
| 68. Estate #1(X) | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mendez, John A. | 03/20/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   -Real Estate, San Leandro, California | | | | | | | | | |
| 70.   Wells Fargo Bank checking account | | None | J | T | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Sale of Investments not appearing on Financial Disclosure Report--the following investments were listed on the Financial Disclosure Report (Nomination) that I filed on 9/7/2007 but do not appear on this Financial Disclosure Report because they were sold during the period from 9/1/07 to 12/31/07. The 9/7/2007 Nomination Financial Disclosure Report was for the reporting period from 1/1/2006 to 8/31/2007.

Nuveen Investments Inc. common stock
Pearson PLC Sponsored ADR common stock
Dreyfus Money Market and Liquid Assets Money Fund (cash equivalents)
Federal National Mortgage Association Global Debs government bonds
Federal Home Loan Mortgage Corp. Ref Note government bonds
U.S. Treasury Notes Series K-2012 government bonds

| Name of Person Reporting | Date of Report |
|---|---|
| Mendez, John A. | 03/20/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544